## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTMOUNT FUNDING LLC D/B/A MAX FUNDING GROUP<br>                    Defendant. | Case No.<br><br>2:24-CV-03705<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Notice is hereby given that Plaintiff dismisses his claims, including class claims, against the Defendant Westmount Funding LLC d/b/a Max Funding Group, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each side to bear its own fees, costs, and expenses, to later convert to a dismissal with prejudice upon appropriate filing.

Dated: August 13, 2024

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com
>
>*Attorney for Plaintiff and the Proposed Class*