# UNITED STATES DISTRICT COURT
for the
EASTERN District of PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of all others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**DAVID DIXON**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-03705-PD<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Onyedikachukwu Obele, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to David Dixon in Nassau County, NY on August 15, 2024 at 2:06 pm at 435 Franklin Avenue, Hewlett, NY 11557 by residential substituted service by leaving the documents at the usual place of abode of David Dixon with Rebecca Dixon who is the Wife of David Dixon and whose age is 18 years or older.

SUMMONS IN A CIVIL ACTION and PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Additional Description:
He was home but the wife Rebecca Dixon saids he was sleeping. This was a residential substitute.

Black or African American Female, est. age 45-54, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.6422228,-73.7071564
Photograph: See Exhibit 1


Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in __Nassau County__, __NY__ on __8/16/2024__. | /s/ *Onyedikachukwu Obele* <br> ———————————————— <br> Signature <br> Onyedikachukwu Obele <br> +1 (310) 692-0757 |

