## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Leon Weingrad, Individually and on behalf of all others similarly situated

v.

David Dixon                                                                 24-cv-3705

### Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant, David Dixon for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

By:  s/Frank Del Campo
Frank Del Campo, Deputy Clerk