IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEINGRAD | : | CIVIL ACTION |
| v. | : | |
| WESTMOUNT FUNDING LLC | : | NO.: 24-cv-3705 |

### O R D E R

**AND NOW**, this **17th** day of **JANUARY 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Paul S. Diamond to the calendar of the Honorable Gail A. Weilheimer.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

 /s/George Wylesol
GEORGE WYLESOL
Clerk of Court